IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **AUTO SPLISH SPLASH, INC.** | § § § | |
| **Plaintiff,** | § § | |
| V. | § § | Civil Case No. 3:19-cv-00526-M |
| **UNION STANDARD INSURANCE GROUP, LLC, UNION INSURANCE COMPANY** | § § § § § | |
| **Defendants** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to *Fed. R. Civ. P. 41(a)(1)*, Plaintiff Auto Splish Splash, Inc. and Defendants Union Standard Insurance Group, LLC and Union Insurance Company (collectively "the Parties"), jointly stipulate to a dismissal of this action with prejudice. The Parties further stipulate that, other than for enforcement of the Parties' obligations and agreements pursuant to the Confidential Settlement Agreement and Release ("CSA") executed by them to resolve this dispute, if needed, no additional pleadings or motions shall be filed in this matter. The Parties further stipulate that all Parties shall bear their own attorneys' fees, costs and expenses.

Dated: November 20, 2019.

Respectfully submitted,

*/s/Timothy M. Hoch*
Timothy M. Hoch
Texas Bar No. 09744950
tim@hochlawfirm.com

HOCH LAW FIRM, P.C.
5616 Malvey Avenue
Fort Worth, Texas 76107
(817) 731-9703
(817) 731-9706 – facsimile

**ATTORNEY FOR PLAINTIFF AUTO SPLISH SPLASH, INC.**

-And-

*/s/Jennifer G. Martin*
Jennifer G. Martin
State Bar No. 00794233
Email: Jennifer.Martin@WilsonElser.com
K. Daron Stone
State Bar No. 24107931
Email: Daron.Stone@WilsonElser.com

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
Telephone: (214) 698-8000
Fax: (214) 698-1101

**ATTORNEYS FOR DEFENDANTS UNION STANDARD INSURANCE GROUP, LLC AND UNION INSURANCE COMPANY**